# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TRACEY M. CLARK,

    Plaintiff,

    v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. ED CV 13-0557 JCG

**JUDGMENT**

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: February 19, 2014

_____

Hon. Jay C. Gandhi
United States Magistrate Judge