1   Manuel D. Serpa, Calif. Bar No. 174182
    LAW OFFICES OF HARRY J. BINDER
2   AND CHARLES E. BINDER, P.C.
3   770 The City Drive South Suite 2000
    Orange, CA 92868
4   Phone (714) 564-8644
5   Fax   (714) 940-0311
    Email:  manuel.serpa@binderlawfirm.com
6
7   Attorneys for Plaintiff Tracey M. Clark

8

9                     UNITED STATES DISTRICT COURT
10
11                    CENTRAL DISTRICT OF CALIFORNIA

12

13  TRACEY M. CLARK,                 ) No. ED CV 13-0557 JCG
                                     )
14       Plaintiff,                  ) ~~PROPOSED~~ ORDER AWARDING
                                     ) ATTORNEY FEES UNDER THE
15       v.                          ) EQUAL ACCESS TO JUSTICE
                                     ) ACT, PURSUANT TO 28 U.S.C.
16                                   ) ACT, PURSUANT TO 28 U.S.C.
17  CAROLYN W. COLVIN,               ) § 2412(d), AND COSTS, PURSUANT
    Acting Commissioner of Social    ) TO 28 U.S.C. § 1920
18  Security,                        )
                                     )
19                                   )
         Defendant.                  )
20  _____

21

22        Based upon the parties' Stipulation for the Award and Payment of Equal

23  Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

24  be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND

25  ONE HUNDRED NINETY NINE dollars and 16/CENTS ($5,199.16), and costs

26  under 28 U.S.C. § 1920, in the amount of THREE HUNDRED FIFTY DOLLARS

27  AND 00/CENTS ($350.00), subject to the terms of the above-referenced

28  Stipulation.  Any payment shall be delivered to Plaintiff's counsel.

                                     1

1

2    Dated:  April 15, 2014

3                                                         Hon. Jay C. Gandhi
                                              United States Magistrate Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28